UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WOODRUFF,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,<br><br>Respondent | Case No. CV 13-5064 SVW<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT**<br><br>JS-6 |

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice to Petitioner bringing his claims after he has exhausted available state remedies.

Dated this 17th day of January 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE